UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 18-0545-KBJ |

## JOINT STATUS REPORT

Defendant, the United States Department of Homeland Security ("DHS"), and Plaintiff, the Electronic Privacy Information Center ("EPIC"), each by its undersigned counsel, submit this joint status report in response to the Court's minute order dated September 18, 2018.

1. On March 8, 2018, EPIC filed a complaint alleging that DHS had not fulfilled its Freedom of Information Act ("FOIA") request seeking certain categories of records concerning DHS's use of drones and unmanned aerial systems. ECF No. 1. DHS filed an answer on April 11, 2018. ECF No. 10. The parties filed joint status reports on May 16, 2018, ECF No. 11, June 15, 2018, ECF No. 11, July 30, 2018, ECF No. 14, and September 13, 2018, ECF No. 15.

2. DHS provides the following status update regarding its response to EPIC's FOIA request.

    a. **Department of Homeland Security.** DHS is still in the process of conducting the search for responsive records. DHS and EPIC negotiated the search parameters in August, 2018, and since then DHS has conducted several of the searches required, including a search of records of subject matter experts no longer with the Department as well as the status report required by the Presidential memorandum. DHS encountered some challenges with significant staff turn-over in its FOIA litigation office, which has caused some delay in finalizing

the searches. DHS will begin producing responsive documents 45 days after all searches are complete. Once all searches have been completed, DHS will endeavor to process 300 pages of potentially responsive records per month and to release responsive, nonexempt information to EPIC on a rolling basis.

      b.    **National Protection and Programs Directorate.** On September 28, 2018, NPPD made the fourth and final response to EPIC's FOIA request.

      c.    **United States Secret Service.** The U.S. Secret Service completed its processing of responsive records and released records to Plaintiff on July 20, 2018.

      d.    **Federal Emergency Management Agency.** FEMA provided a final response to Plaintiff on June 25, 2018.

      e.    **Science and Technology.** S&T is processing potentially responsive records that were referred to it from DHS NPPD on September 6, 2018.

      f.    **United States Coast Guard.** On October 29, 2018, the Coast Guard provided responsive records to EPIC electronically via the AMRDEC safe-send system. On October 30, 2018, the Coast Guard sent a CD containing the same records to EPIC via the U.S. Postal Service.

      g.    **Immigration and Customs Enforcement.** ICE previously completed its search and processed another batch of potentially responsive records. After a review of the records, ICE determined that the records were nonresponsive. ICE will process another batch of potentially responsive records and will produce any responsive records by November 30, 2018.

      h.    **Customs and Border Protection.** CBP initially responded to EPICs request by withholding the single responsive record under Exemption 7(E). CBP has since determined that the document may be released to full and provided it to EPIC on July 13, 2018.

3. Given the ongoing nature of the releases by DHS and its offices and components, the parties request that the Court order the parties to file another joint status report in 45 days, on or before **January 4, 2019**.

Respectfully submitted,

| | |
|---|---|
| Marc Rotenberg, D.C. Bar #422825<br>EPIC President and Executive Director | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney |
| Alan Butler, D.C. Bar #1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| /s/ Jeramie D. Scott<br>Jeramie D. Scott, D.C. Bar #1025909<br>EPIC National Security Counsel | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W., Suite 200<br>Washington, District of Columbia 20009<br>Telephone: 202 483 1140<br>Facsimile: 202 482 1248 | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

Dated: November 13, 2018