# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMAION CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | Case No. 1:18-cv-0545 (KBJ) |

## MOTION FOR STAY OF ALL PROCEEDINGS
## IN LIGHT OF LAPSE OF APPRIATIONS

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.	Counsel for plaintiff consents to this stay.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

December 28, 2018							Respectfully submitted,

								JESSIE K. LIU, D.C. Bar # 472845
								United States Attorney
								for the District of Columbia

								DANIEL F. VAN HORN, D.C. Bar # 924092
								Chief, Civil Division


								*/s/ Doris Coles-Huff*
								 Johnny H. Walker, D.C Bar #991325
								 Doris Coles-Huff, D.C. Bar No. 461437
								 Assistant United States Attorneys
								 Civil Division
								 555 Fourth St., N.W.
								 Washington, D.C. 20530
								 Phone: (202) 252-2575 / Fax: (202) 252-2599
								 Email: johnny.walker@usdoj.gov;
								         doris.coles@usdoj.gov
								*Counsel for Defendant*