UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendant*. | Civil Action No. 18-0545 (CJN) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

| | |
|---|---|
| Alan Butler, D.C. Bar #1012128<br>EPIC General Counsel | TIMOTHY J. SHEA, D.C. Bar #437437<br>United States Attorney |
| /s/ Jeramie D. Scott<br>Jeramie D. Scott, D.C. Bar #1025909<br>EPIC Senior Counsel | DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division |
| ELECTRONIC PRIVACY INFORMATION CENTER<br>1519 New Hampshire Avenue, N.W.<br>Washington, District of Columbia 20036<br>Telephone: 202 483 1140<br>Facsimile: 202 482 1248 | By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Dated: May 12, 2020